# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA DALE BRIGHTWELL**                                                                   **PLAINTIFF**

v.                            Case No. 4:20-cv-01321-LPR-JJV

**LANCE BONDS,** *et al.*                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 5). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendant Lance Bonds are DISMISSED without prejudice.

2. Defendant Bonds is DISMISSED from this lawsuit.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 10th day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE