IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA DALE BRIGHTWELL                                                                PLAINTIFF

v.                                    Case No. 4:20-cv-01321-LPR-JJV

LANCE BONDS, *et al.*                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After a careful and *de novo* review of the Proposed Findings and Recommended Disposition as well as the entire record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Complaint, as amended (Doc. No. 4), is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 16th day of April, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE