# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA DALE BRIGHTWELL**                                                                 **PLAINTIFF**

v.                            **Case No. 4:20-cv-01321-LPR-JJV**

**LANCE BONDS,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Orders of dismissal filed in this case, it is considered, ordered, and adjudged that plaintiff Joshua Dale Brightwell's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Orders and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 16th day of April, 2021.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE